UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00228-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  **CHRIS TURNER**, a/k/a "Kit", and
2.  WILLIAM WARREN, a/k/a "Will",

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant Turner has filed several pretrial motions (ECF Nos. 38 and 39). Accordingly, **the jury trial set for August 8, 2011 is VACATED**.  Once the Court receives and reviews the Government's responses to the motions, it will set an appropriate hearing on the pending motions.

      Dated:  July 28, 2011