**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 4, 2012 | Probation: | Robert Ford |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Darlene Martinez | | |

Criminal Case No:  **11-cr-00228-WYD**         Counsel:

UNITED STATES OF AMERICA,                    Mark J. Barrett

       Plaintiff,

v.

**1.  CHRIS TURNER, a/k/a Kit**,                Frank E. Moya

       Defendant.

## SENTENCING

**2:09 p.m.**      Court in Session - Defendant present (on-bond)

        **Change of Plea Hearing - Tuesday, December 20, 2011, at 1:30 p.m.
        Plea of Guilty - count 3 of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

2:11 p.m.      Statement and argument on behalf of Government (Mr. Barrett).

2:13 p.m.      Statement and argument on behalf of Defendant (Mr. Moya).

2:14 p.m.      Statement and argument on behalf of Government (Mr. Barrett).

2:21 p.m.      Statement and argument on behalf of Defendant (Mr. Moya).

2:32 p.m.      Statement on behalf of Probation (Mr. Ford).

| | |
|---|---|
| 2:39 p.m. | Statement and argument on behalf of Government (Mr. Barrett). |
| 2:51 p.m. | Statement by Defendant on his own behalf (Mr. Turner). |
| | Court makes findings. |
| **ORDERED:** | Government's Motion for Downward Departure Pursuant to 5K1.1 and Other Government Motions (ECF Doc. No 87), filed March 15, 2012, is **GRANTED.** |
| | Order is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant Chris Turner's Motion for Non-Guideline Sentence (ECF Doc. No. 95), filed April 11, 2012, is **GRANTED IN PART and DENIED IN PART.** |
| **ORDERED:** | Defendant is placed on **Probation** for a term of **3** years. |
| **ORDERED:** | **Conditions** of **Probation** are: |

    (X)    Defendant shall not commit another federal, state or local crime.

    (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

    (X)    Defendant shall comply with standard conditions adopted by the Court.

    (X)    If this sentence imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet set forth in the judgment.

    (X)    Defendant shall not unlawfully possess a controlled substance.

    (X)    The Defendant shall refrain from the unlawful use of a controlled substance.

    (X)    The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    The Court finds that the following special conditions of supervision are determined to be reasonably related to the factors enumerated in 18 U.S.C. § 3553(a) and 18 U.S.C. § 3583(d); further, based on the nature and circumstances of the offense, and the history and characteristics of this particular defendant, the following conditions do not constitute a greater deprivation of liberty than reasonably necessary to accomplish the goals of sentencing:

(X) The defendant shall be placed on home detention for a period of **6** months, to commence within 21 days of **sentencing.** During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephone for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.  The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

(X) The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

(X) Defendant Chris Turner shall pay the full amount of restitution ($440.00) within **sixty (60) days.**

(X) The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the fine in this case.

**ORDERED:** The defendant shall make restitution as follows:

| **Victims** | **Amount** |
|---|---|
| Federal Bureau of Prisons<br>Administration Division, Purchasing Office<br>320 First Street NW, Washington, DC 20534 | $440.00 |

$55.00 of the restitution amount is ordered jointly and severally with codefendant William Warren, 11-cr-00228-WYD-02

                      Any unpaid restitution balance shall be paid in full within sixty (60) days.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**3:07 p.m.**    Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :58**